# EXHIBIT A

22CLLINN COUNTY CLERK OF COURT
PO BOX 1468
CEDAR RAPIDS, IA 52406-1468

3113293-03

RETURN RECEIPT (ELECTRONIC)



9214 8901 0661 5400 0159 6604 58

SCSC250872

NATIONAL CREDIT SYSTEMS INC
3800 CAMP CREEK PKWY SW BLDG 1800-110
ATLANTA, GA 30331-6050



RECEIVED
FEB 22 2021
BY:

CUT / FOLD HERE

Zone 5

6"X9" ENVELOPE
CUT / FOLD HERE

CUT / FOLD HERE

Small Claims Form 3.4: *Original Notice and Petition for a Money Judgment against a Nonresident Defendant or a Foreign Corporation Defendant*

In the Iowa District Court for _____Linn_____ County

| Plaintiff(s) | |
|---|---|
| Herman Robinson (Name) | **Original Notice and Petition for a Money Judgment against a Nonresident Defendant or a Foreign Corporation Defendant** |
| 830 21st Ave SW Cedar Rapids, IA 52404 (Address) | |
| (Name) | |
| (Address) | |
| vs. | |
| Defendant(s) | |
| National Credit Systems, Inc (Name) | |
| 3800 Camp Creek SW Bldg 1800 Atlanta, GA 303: (Address) | If you need assistance to participate in court due to a disability, call the disability coordinator (information at https://www.iowacourts.gov/for-the-public/ada/). Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.** |
| (Name) | |
| (Address) | |

To Defendant(s):

**1. You are notified** that Plaintiff(s) demand(s) from you the amount of $ 6000 _____ plus court costs based on (state briefly the basis for the demand, not to exceed $6500):
National Credit Systems has violated the Fair Credit Reporting Act. They have caused defimation and financial injury to me.

2. **Judgment may be entered against you unless** you file an Appearance and Answer as follows:
   - If you received service of this Original Notice **by mail** along with service upon the Secretary of State, you must file your Appearance and Answer within **60 days of the filing** of the Original Notice with the Secretary of State.
   - If you received service of this Original Notice in a manner **other than by mail**, you must file your Appearance and Answer within **60 days after the date you received** the Original Notice.

3. You must electronically file the Appearance and Answer using the Iowa Judicial Branch Electronic Document Management System (EDMS) at https://www.iowacourts.state.ia.us/EFile, unless you obtain from the court an exemption from electronic filing requirements.

4. If your Appearance and Answer is timely filed and you deny the claim, you will receive electronic notification through EDMS of the time and place for the hearing on this matter.

5. If you electronically file, EDMS will serve a copy of the Appearance and Answer on Plaintiff(s) or on the attorney(s) for Plaintiff(s). The Notice of Electronic Filing will indicate if Plaintiff(s) is (are) exempt from electronic filing, and if you must mail a copy of your Appearance and Answer to Plaintiff(s).

6. You must also notify the clerk's office of any address change.

*Continued on next page*

Small Claims Form 3.4, page 1 of 3*
*Upon electronic filing, a clerk's signature page will be attached to this document as page 3.

# STATE OF IOWA JUDICIARY

Case No. SCSC250872
County Linn

Case Title HERMAN ROBINSON VS NATIONAL CREDIT SYSTEMS INC

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:
http://www.iowacourts.state.ia.us/Efile

FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16: http://www.iowacourts.state.ia.us/Efile

Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 398-3920**. (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued 02/12/2021 09:21:11 AM



District Clerk of Linn County
/s/ Samantha Dighton

eForm 3.11: *Appearance and Answer of Defendant(s)*

In The Iowa District Court for LINN County

| Plaintiff(s)<br><br>HERMAN TRYMAINE ROBINSON<br><br>vs.<br><br>Defendant(s)<br><br>NATIONAL CREDIT SYSTEMS, INC | **Appearance and Answer of Defendant(s)**<br><br>Small Claim No. SCSC250872<br><br>If you need assistance to participate in court due to a disability, call the disability coordinator (information at www.iowa.courts.gov/Representing_Yourself/ADAAccess). Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.** |
|---|---|

Check **only one** of the following:

____ The **claim is denied.** Parties will receive electronic notification of the hearing time and place through the Iowa Judicial Branch Electronic Document Management System (EDMS).

____ The **claim is admitted.** Judgment may be entered.

____ The **claim is admitted in part in the amount** of $ _____ . Parties will receive electronic notification of the hearing time and place through the Iowa Judicial Branch Electronic Document Management System (EDMS).

1. You must electronically file your Appearance and Answer using EDMS, unless you obtain from the court an exemption from electronic filing requirements, at https://www.iowacourts.state.ia.us/Efile

2. If you electronically file, EDMS will serve a copy of this Appearance and Answer on Plaintiff(s), unless Plaintiff(s) is (are) exempt from electronic filing, or to the attorney for Plaintiff(s). The Notice of Electronic Fiing will indicate if you must mail a copy of your Appearance and Answer to Plaintiff(s).

3. You may download this form online at https://iowacourts.state.ia.us/Efile. Unless the court has granted you an exemption from electronic filing, you must scan and electronically file this Answer and Appearance form, or fill out and electronically file the online form, in accordance with Chapter 16 Rules Pertaining to the Use of the Electronic Document Management System.

/s/ _____
Filing Defendant or Attorney

Law firm, if applicable

Mailing address

Telephone number

Email address

Additional email address, if applicable

/s/ _____
Second Defendant if applicable

Law firm, if applicable

Mailing address

Telephone number

Email address

Additional email address, if applicable

eForm 3.11, page 1 of 1

Case 1:21-cv-00034-CJW-KEM   Document 1-2   Filed 03/24/21   Page 5 of 6

