# EXHIBIT B

Small Claims Form 3.27: *Verification of Account, Identification of Judgment Debtor, and Certificate Re Military Service*

In the Iowa District Court for _____ County

| Plaintiff(s) | Verification of Account, Identification of Judgment Debtor, and Certificate Re Military Service |
|---|---|
| _____ <br> (Name) <br> _____ <br> (Name) <br>           vs. <br> Defendant(s) <br> _____ <br> (Name) <br> _____ <br> (Name) | Small Claim No. _____ <br><br><br><br><br> **For defendant:** _____ <br> **This form required for each Defendant.** |

1. I, _____, am a party or an employee of Plaintiff(s) whose claim(s) is (are) shown in the attached statement(s). I have personal knowledge that the attached statement(s) is (are) a true copy of the original creditor's records showing the balance due is true and correct. I further state that the sum of $_____ is the balance due and owing as of _____ from Defendant(s) to Plaintiff(s) and any interest amount owing is accurately stated in the Petition or Original Notice.

2. I further state that Defendant resides at _____, is employed at _____, and Defendant's occupation is _____.

3. Check A, B, **or** C for Defendant
   - ☐ A. Defendant **is not** in the military service of the United States government, I have verified this fact by (check one):
     - ☐ Checking the Defense Manpower Data Center (DMDC) (requires name and SSN or name and date of birth).
     - ☐ Contacting Defendant who informed me.
     - ☐ Regularly seeing Defendant and believing Defendant is are not active in the U.S. military.
   - **Or** ☐ B. I have investigated, and I am unable to determine whether or not Defendant is in the military service of the United States government.
   - **Or** ☐ C. Defendant **is** in the military service of the United States government.

4. I also state to the best of my knowledge (check one):
   - ☐ Defendant **is** under a disability or confined in a reformatory, jail, or penitentiary.
   - ☐ Defendant **is not** under a disability or confined in a reformatory, jail, or penitentiary.

I certify under penalty of perjury and pursuant to the laws of the State of Iowa that these facts are true and correct.

Date: _____  _____
                                                         Signature of Affiant

_____  /s/_____
Phone number                                    Filing Plaintiff or Attorney

_____  _____
Email address                                   Law firm, or entity for which filing is made, if applicable

_____  _____
Additional email address, if applicable       Mailing Address

Small Claims Form 3.27: *Verification of Account, Identification of Judgment Debtor, and Certificate Re Military Service*

In the Iowa District Court for _____ County

| Plaintiff(s) | Verification of Account, Identification of Judgment Debtor, and Certificate Re Military Service |
|---|---|
| _____<br>(Name)<br>_____<br>(Name)<br>vs.<br>Defendant(s)<br>_____<br>(Name)<br>_____<br>(Name) | Small Claim No. _____<br><br><br><br><br>**For defendant:** _____<br>**This form required for each Defendant.** |

1. I, _____, am a party or an employee of Plaintiff(s) whose claim(s) is (are) shown in the attached statement(s). I have personal knowledge that the attached statement(s) is (are) a true copy of the original creditor's records showing the balance due is true and correct. I further state that the sum of $_____ is the balance due and owing as of _____ from Defendant(s) to Plaintiff(s) and any interest amount owing is accurately stated in the Petition or Original Notice.

2. I further state that Defendant resides at _____, is employed at _____, and Defendant's occupation is _____.

3. Check A, B, **or** C for Defendant
   - ☐ A. Defendant **is not** in the military service of the United States government, I have verified this fact by (check one):
     - ☐ Checking the Defense Manpower Data Center (DMDC) (requires name and SSN or name and date of birth).
     - ☐ Contacting Defendant who informed me.
     - ☐ Regularly seeing Defendant and believing Defendant is are not active in the U.S. military.
   - **Or** ☐ B. I have investigated, and I am unable to determine whether or not Defendant is in the military service of the United States government.
   - **Or** ☐ C. Defendant **is** in the military service of the United States government.

4. I also state to the best of my knowledge (check one):
   - ☐ Defendant **is** under a disability or confined in a reformatory, jail, or penitentiary.
   - ☐ Defendant **is not** under a disability or confined in a reformatory, jail, or penitentiary.

I certify under penalty of perjury and pursuant to the laws of the State of Iowa that these facts are true and correct.

Date: _____    _____
                                                  Signature of Affiant

_____    /s/_____
Phone number                                Filing Plaintiff or Attorney

_____    _____
Email address                               Law firm, or entity for which filing is made, if applicable

_____    _____
Additional email address, if applicable     Mailing Address

22CLLINN COUNTY CLERK OF COURT
PO BOX 1468
CEDAR RAPIDS, IA  52406-1468



9214 8901 0661 5400 0159 6604 58

**RETURN RECEIPT (ELECTRONIC)**

**SCSC250872**
NATIONAL CREDIT SYSTEMS INC
3800 CAMP CREEK PKWY SW BLDG 1800-110
**ATLANTA, GA  30331-6050**

CUT / FOLD HERE

Zone 5

6"X9" ENVELOPE
CUT / FOLD HERE

CUT / FOLD HERE

Date Produced: 02/22/2021

THE MAIL GROUP INC - 1 / CONFIRM DELIVERY INC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 0661 5400 0159 6604 58. Our records indicate that this item was delivered on 02/19/2021 at 10:20 a.m. in ATLANTA, GA 30331. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

The customer reference information shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

Reference ID: 92148901066154000159660458
SCSC250872
NATIONAL CREDIT SYSTEMS INC
3800 Camp Creek Pkwy SW Bldg 1800-110
Atlanta, GA  30331-6050

## IOWA DISTRICT COURT FOR LINN COUNTY

| | |
|---|---|
| **HERMAN TRYMAINE ROBINSON,**<br><br>   **Plaintiff,**<br><br>   vs<br><br>**NATIONAL CREDIT SYSTEMS, INC,**<br><br>   **Defendant.** | 06571  SCSC250872<br><br>**FINDING OF DEFAULT AND ORDER FOR PROOF**<br><br>03/18/21 |

   On today's date this matter came before the Court.  The Court, having reviewed the file, finds that the Court has jurisdiction over the parties, that more than 20 days has passed since the petition in this matter was served upon Defendant(s) as listed in the caption, and that there has been no Answer or other responsive pleading filed with the Clerk.  The Court therefore finds that Defendant(s) as listed in the caption is/are in default.

   In order to determine whether the Plaintiff(s) is (are) entitled to an award of damages, and the amount of any damages to which they are entitled, the Court requires that documents and or other evidence be filed with the Court.

   Plaintiff(s) shall, if they have not already done so, within 20 days of the date of this order, file with the Clerk of Court, any proof supporting their claim for damages.  For disputes arising out of contract disputes or rental units this shall include at minimum any contracts or leases, a complete account ledger showing all charges and payments made, and documentary and/or photo evidence supporting all claimed damages.  For credit cards and accounts stated this includes at minimum proof sufficient to comply with the requirements set forth in *Capital One Bank (USA), N.A. v, Denboer, 791 N.W.2d 264* (Iowa Ct. App. 2010).  For all other disputes, Plaintiff(s) should at minimum provide documentation which clearly documents the amount claimed, how that amount was arrived at and the basis for the demand.

   Upon submission of the materials, Plaintiff is **required** to submit a proposed order which conforms with **ATTACHMENT A (JUDGMENT ON DEFAULT).**

   If you need assistance to participate due to disability, call the disability coordinator at (319) 398-3920 or information at https://www.iowacourts.gov/forthepublic/ada/.  Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942).  Disability coordinators cannot provide legal advice.

   If after 20 days no proof has been provided or the proof provided is insufficient, this matter will be dismissed without prejudice and the costs will be assessed to the Plaintiff(s).

It is so ordered.

Clerk to notify.

## "ATTACHMENT A"

## IOWA DISTRICT COURT FOR LINN COUNTY

**HERMAN TRYMAINE ROBINSON,**

**Plaintiff,**

  vs

**NATIONAL CREDIT SYSTEMS, INC,**

**Defendant.**

**06571  SCSC250872**

**JUDGMENT ON DEFAULT**

**03/18/21**

The Court file shows that Defendant(s) has (have) received proper notice and has(have) failed to timely appear.  The relief requested is readily ascertainable from the Petition and proof shown. Pursuant to Iowa Code Section 631.5(6), Defendant(s) is (are) in default and judgment is entered accordingly.

IT IS THEREFORE ORDERED that judgment is entered in favor of Plaintiff(s) and against Defendant(s) in the amount of $_____ with interest at the rate of _____% from the date of the filing of the petition _____.

The amount (does or does not) include pre-filing interest.

Defendant(s) is (are) to make payments directly to Plaintiff(s).

The parties are notified that an appeal from the judgment may be taken by any party by filing a written notice of appeal with the Clerk within 20 days after this date.

Appeal Bond $_____

It is so ordered.

Clerk to notify.



State of Iowa Courts

| | |
|---|---|
| **Case Number** | **Case Title** |
| SCSC250872 | HERMAN ROBINSON VS NATIONAL CREDIT SYSTEMS INC |
| **Type:** | Other Order |

So Ordered

Mark D. Fisher, Magistrate
Sixth Judicial District of Iowa

Electronically signed on 2021-03-18 15:15:19

eForm 3.11: *Appearance and Answer of Defendant(s)*

In the Iowa District Court for _____ County

| Plaintiff(s) | **Appearance and Answer of Defendant(s)** |
|---|---|
| _____ (Name) | |
| _____ (Name) | Small Claim No. _____ |
| vs. | |
| Defendant(s) | |
| _____ (Name) | If you need assistance to participate in court due to a disability, call the disability coordinator (information at www.iowacourts.gov/Representing_Yourself/ADAAccess). Persons who are hearing or speech impaired may call Relay Iowa TTY  (1-800-735-2942).  **Disability coordinators cannot provide legal advice.** |
| _____ (Name) | |

Check **only one** of the following:

    The **claim is denied**.  Parties will receive electronic notification of the hearing time and place through the Iowa Judicial Branch Electronic Document Management System (EDMS).

    The **claim is admitted.**  Judgment may be entered.

    The **claim is admitted in part in the amount** of $_____.  Parties will receive electronic notification of the hearing time and place through the Iowa Judicial Branch Electronic Document Management System (EDMS).

1. You must electronically file c☒ Appearance and Answer using EDMS at https://iowacourts.state.ia.us/Efile unless you obtain from the court an exemption from electronic filing requirements.

2. If you electronically file, EDMS will serve a copy of this Appearance and Answer on Plaintiff(s) or on the attorney(s) for Plaintiff(s). The Notice of Electronic Filing will indicate if Plaintiff(s) is (are) exempt from electronic filingÊand if you must mail a copy of your Appearance and Answer to Plaintiff(s).

3. You may download this form online at https://iowacourts.state.ia.us/Efile. Unless the court has granted you an exemption from electronic filing, you must scan and electronically file this Answer and Appearance form, or fill out and electronically file the online form, in accordance with Chapter 16 Rules Pertaining to the Use of the Electronic Document Management System.

| /s/ _____ | /s/ _____ |
|---|---|
| Filing Defendant or Attorney | Second Defendant, if applicable |
| _____ | _____ |
| Law firm, or entity for which filing is made, if applicable | Law firm, or entity for which filing is made, if applicable |
| _____ | _____ |
| Mailing address | Mailing address |
| _____ | _____ |
| Telephone number | Telephone number |
| _____ | _____ |
| Email address | Email address |
| _____ | _____ |
| Additional email address, if applicable | Additional email address, if applicable |