IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| HERMAN ROBINSON,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC.<br><br>    Defendant. | Case No. 1:21-CV-00034-CJW-KEM<br>Hon. Judge CJ Williams<br>Hon. Chief Mag. Judge Kelly K.E. Mahoney |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant National Credit Systems, Inc. ("NCS"), hereby certifies that NCS is not owned by any parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Dated: April 15, 2021.

Respectfully submitted,

**MALONE FROST MARTIN PLLC**

*/s/ Mike Frost*
Michael L. Frost (AT0002685)
State Bar No. 19159
MALONE FROST MARTIN PLLC
1025 Technology Pkwy, Ste. J
Cedar Falls, IA 50613
mfrost@mamlaw.com

*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing motion was served upon all counsel of record via the Court E-Filing system, this 15th day of April, 2021:

Herman Robinson
830 21st Ave SW
Cedar Rapids, IA 52404

*/s/ Mike Frost*
Michael Frost

1